Kent F. Larsen, Esq.
Nevada Bar No. 3463
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
Attorneys for Defendant
JPMorgan Chase Bank, N.A.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DONALD S. SUTTON; DELORES J. SUTTON,<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>Defendant. | Case No. 2:18-cv-01247-GMN-NJK<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANT JPMORGAN CHASE BANK, N.A., TO FILE A RESPONSE TO PLAINTIFFS's COMPLAINT<br><br>(First Request) |

Plaintiffs Donald S. Sutton and Delores J. Sutton ("Plaintiffs"), and Defendant JPMorgan Chase Bank, N.A. ("Chase"), by and through their respective undersigned counsel, hereby stipulate as follows:

///

///

///

///

///

///

1. Chase shall have through and including **Friday, September 21, 2018** to file a response to Plaintiffs' Complaint on file in this matter.

This request for an extension of time to respond to the Complaint is not intended to cause any delay or prejudice to any party, but is intended so the parties may discuss settlement.

| HAINES & KRIEGER | SMITH LARSEN & WIXOM |
|---|---|
| \s\ *David Krieger* | \s\ *Kent F. Larsen,* |
| David Krieger, Esq. | Kent F. Larsen, Esq. |
| Nevada Bar No. 9086 | Nevada Bar No. 3463 |
| 8985 S. Eastern Avenue, Suite 350 | 1935 Village Center Circle |
| Henderson, Nevada 89123 | Las Vegas, Nevada 89134 |
| Ph: (702) 880-5554 | Ph: (702)252-5002 |
| Fax: (702) 385-5518 | Fax (702) 252-5006 |
| Email: dkrieger@hainesandkrieger.com | Email: kfl@slwlaw.com |
| Attorneys for Plaintiffs | Attorneys for Defendant |
| Donald S. Sutton | JPMorgan Chase Bank, N.A. |
| and Delores J. Sutton | |
| Dated: September 6, 2018 | Dated: September 6, 2018 |

## ORDER

**IT IS SO ORDERED**.

Dated this __7th__ day of September, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

- 2 -